UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR00331 JCH (FRB) |
| ) | |
| DARRON K. HUMPHREY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Defendant's motion for bond [Doc. # 32], filed on January 5, 2006, in which Defendant requests that this Court reconsider its prior order of pretrial detention and set a reasonable bond. Specifically, Defendant requests that he be permitted to reside at his prior residence with his girlfriend, subject to electronic monitoring. The government has opposed Defendant's motion. [Doc. # 33].

Having reviewed Defendant's motion and the opposition thereto, the Court sees no basis for reconsidering its prior order of pretrial detention. This Court considered the option of electronic monitoring when it initially ordered detention, and found that option to be inadequate. Nothing has changed since the Court entered its order of pretrial detention, and this Court still finds that neither electronic monitoring nor any other combination of conditions will adequately assure Defendant's appearance and the safety of the community, for the reasons set forth in this Court's order of pretrial detention.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion for bond [Doc. # 32] is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of January, 2006.